UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-02042-NG-SJB**

**Carlos Ruiz Florez**,,
    Plaintiff,
vs.

**888 U LLC** and
**Jajaja West Village LLC**,
    Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: October 30, 2024

By: /s/ Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: /s/ Ge Qu
    Ge Qu, Esq.
    Hang & Associates PLLC
    136-20 38th Avenue Suite 10G
    Flushing, NY 11354
    718-353-8588
    rqu@hanglaw.com

cc: Via CM/ECF